**MENTOR H/S, INC. (now known as Mentor Texas Inc.) and Sonique Surgical Systems, Inc., Plaintiffs–Appellees,**

**v.**

**MEDICAL DEVICE ALLIANCE, INC., Lysonix, Inc., and Misonix, Inc., Defendants–Appellants.**

No. 02–1122.

United States Court of Appeals, Federal Circuit.

April 10, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Miguel A. MEDINA, Petitioner,**

**v.**

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 02–3139.

United States Court of Appeals, Federal Circuit.

April 11, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.